**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Fishman,       ) | No. CV-07-0620-PHX-LOA |
| )  Plaintiff,          ) | **ORDER TO SHOW CAUSE** |
| vs.                    ) | |
| Mel Clayton Ford,      ) | |
| )  Defendant.          ) | |

  This matter arises on the Court's review of the file.  Plaintiff commenced this action on or about March 23, 2007 (docket #1)  On April 13, 2007 the Court issued a Notice of Assignment and Order (docket #6) ordering that Plaintiff shall file on or before April 23, 2007 his written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.   The Court further ordered that Plaintiff shall serve upon the Defendant the appropriate consent form, mailed on March 23, 2007 to Plaintiff, at the time of service of his Complaint upon the Defendant.

  As of this date, the Plaintiff has failed to file his written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

  On April 13, 2007, the Court took under advisement (docket # 5) Plaintiff's Motion for Leave to Proceed *in forma pauperis* and ordered Plaintiff to file an Amended Motion for Leave to Proceed *in forma pauperis*.  Plaintiff filed an Amended Motion on April 18, 2007 (docket #7)  which the Court has granted under separate order this date.

1    In the Court's Notice of Assignment and Order (docket #6), the Court further
2 ordered that Plaintiff shall file a First Amended Complaint in compliance with Rule 8(a),
3 FED.R.CIV.P., and LRCIV.7.1 which shall contain a short and plaint statement of his factual
4 and legal allegations against the Defendant, specify the Court's jurisdictional basis and clarify
5 the civil right's or other federal or state statute(s) upon which Plaintiff is relying to support his
6 claim(s).

7    Plaintiff filed an Amended Complaint on April 18, 2007 (docket #8).  The only
8 amendment which Plaintiff has made to his Complaint is to write in "Relif (sic) is to get paid".
9 The Court does not construe this amendment to Plaintiff's Complaint to be in compliance with
10 Rule 8(a), RFD.R.CIV.P., and LRCIV 7.1 as set forth above.

11    Dismissal of a complaint for failure to comply with the procedural rules of the
12 court is within the court's discretion.  *Original Ballet Russe, Ltd. v. Ballet Theatre, Inc.*, 133
13 F.2d 187, 188 (2nd Cir. 1943); *Sergio Bautista et al. v. Los Angeles County*, 216 F.3rd 837 (9th
14 Cir. 2000).  Moreover, district courts have the inherent power to control their dockets and in the
15 exercise of that power may impose sanctions including, where appropriate, dismissal of a case.
16 *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

17    Because the period within which Plaintiff was to file his written election has
18 passed the Court orders Plaintiff to show cause on or before **May 4, 2007** why sanctions should
19 not be imposed upon Plaintiff for failure to comply with the Court's order.

20    Accordingly,

21    **IT IS HEREBY ORDERED** that Plaintiff show cause in writing, on or before
22 **May 4, 2007,** why sanctions should not be imposed upon Plaintiff for failure to comply with
23 the Court's April 13, 2007 Order (docket #6) to either consent to a magistrate judge or elect to
24 have the case assigned to a district judge.  Plaintiff may discharge any sanction by either
25 consenting to magistrate jurisdiction or electing the case be assigned to a district judge on or
26 before May 4, 2007.

27    **IT IS FURTHER ORDERED** that Plaintiff shall file a Second Amended
28 Complaint in compliance with Rule 8(a), FED.R.CIV.P., and LRCIV.7.1 which shall contain

1  a short and plain statement of his factual and legal allegations against the Defendant, specify
2  the Court's jurisdictional basis, and clarify the civil right's or other federal or state statute(s)
3  upon which Plaintiff is relying to support his claim(s).   A review of the Court's docket reflects
4  on  April 13, 2007 the Clerk of the court mailed to Plaintiff a copy of "Filing a Complaint in
5  Your Own Behalf"which attaches a copy of Rule 8(a), FEd.R.CIV.P.

6  **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall
7  hereinafter comply with the Rules of Practice for the United States District Court for
8  the District of Arizona, as amended on December 1, 2006.  The District's Rules of Practice may
9  be found on the District Court's internet web page at www.azd.uscourts.gov/.
10 All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro
11 se does not discharge this party's duties to "abide by the rules of the court in which he litigates."
12 *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).
13         DATED this 26th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge

- 3 -